UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 15983
    JOSEPH P ADAMCIK
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2278

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/20/2008 and was not confirmed.

    The case was dismissed without confirmation 09/24/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T UNIVERSAL CARD | NOTICE ONLY | NOT FILED | .00 | .00 |
| AURORA LOAN SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| BANK OF AMERICA/FIA CARD | UNSECURED | 8861.53 | .00 | .00 |
| BANK OF AMERICA/FIA CARD | UNSECURED | 5747.93 | .00 | .00 |
| BENEFICIAL | SECURED NOT I | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 5154.14 | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 15273.66 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 12281.95 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 845.21 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RADIOSHACK CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 1210.16 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 4867.47 | .00 | .00 |
| US BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| HEATHER GOLDEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 300.00 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | .00 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 1,300.00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,300.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15983 JOSEPH P ADAMCIK

```
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                             1,300.00
                       ---------------      ---------------
TOTALS                        1,300.00            1,300.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/22/08           _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE